JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GS HOLISTIC, LLC,
      Plaintiff,

      v.

VAPE MASTER CORPORATION
d/b/a VAPE MASTER & SMOKE
SHOP and MICHAEL IBRAHIM,
      Defendants.

CV 22-6719 DSF (MAAx)

JUDGMENT

The Court having granted a motion for default judgment,

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of GS Holistic, LLC on all claims. Defendants Vape Master Corporation D/B/A Vape Master & Smoke Shop and Michael Ibrahim are liable to GS Holistic, LLC for $75,000 in statutory damages and for $1037.00 for costs associated with this action.

Date: March 9, 2023

Dale S. Fischer
United States District Judge